HAROLD FALK, Appellant, v. SAMUEL MARCUS, Respondent.— Action to recover damages for personal injuries sustained by plaintiff as the result of a collision between his motorcycle and a taxicab owned and operated by defendant. Judgment for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

FRANCIS J. FLORENCE, JR., Appellant, v. GLORIA EDNA FLORENCE, Respondent. — Judgment dismissing the complaint on the merits in an action to annul a marriage unanimously affirmed, with costs. (McLean v. McLean, 241 App. Div. 831.) Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

ISRAEL FREIDUS, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent. — In an action to recover damages against defendant for alleged breach of its duty as a common carrier of passengers, order of the County Court of Nassau county reversing a judgment of the City Court of the City of Long Beach in favor of plaintiff and an order of said City Court denying defendant's motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

F. MAXWELL GALLOWAY, Respondent, v. ELSIE KARPAS and Another, Appellants.— Action for personal injuries and property damage resulting from a collision at the intersection of streets between plaintiff's automobile and an automobile owned by defendant Elsie Karpas and driven by defendant Carl J. Karpas. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

EVA GOLDMAN, Respondent, v. ARTHUR GOLDMAN, Appellant.— Appeal by defendant from a judgment of separation in plaintiff's favor and awarding to plaintiff the sole custody of the eight-year old daughter of the parties, and directing the defendant to pay eighteen dollars a week for the support of the plaintiff and said child. Judgment of separation modified by providing for the right of visitation by the defendant at times and places to be stated in the order, which is to be settled on notice. As so modified, the judgment is unanimously affirmed, with costs to the respondent. Conclusion of law numbered 2 is modified accordingly. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ. Settle order on notice.

AMELIA GREENE, Respondent, v. FAY TAUB and Another, Appellants.— Action for personal injuries sustained by plaintiff while a passenger in an automobile driven by her daughter, as the result of a collision with defendants' automobile. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

J. M. HOFFMAN Co., INC., Appellant, v. 1224 BROADWAY CORPORATION and Others, Defendants; LOUIS SHULSKY and Another, Respondents.— Order in so far as it grants a new trial to respondents, Louis Shulsky and Shire Realty Corporation, on the ground of newly-discovered evidence, and in so far as it denies appellant's motion for reargument and rehearing, unanimously affirmed on the law, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.